THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Ricardo Webber, Appellant.
 
 
 
 
 

Appeal From Sumter County
Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2010-UP-059
 Submitted January 4, 2010  Filed January
28, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney
 General Salley W. Elliott, all of Columbia; and Solicitor Cecil Kelly Jackson, of
 Sumter, for Respondent.
 
 
 

PER CURIAM:  Ricardo Webber appeals his conviction
 for assault upon a correctional employee and sentence of five years'
 imprisonment.  He contends the trial court erred in failing to allow him to
 question a witness as to bias.  After a thorough review of the record and
 counsel's brief pursuant to Anders v. California, 386 U.S. 738 (1967),
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Webber's
 appeal and grant counsel's petition to be relieved. 
APPEAL
 DISMISSED.
SHORT, THOMAS,
 and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.